# AFFIDAVIT OF SERVICE BY HAND DELIVERY

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

Kelly Wilson, being first duly sworn upon oath, states that she is an employee of Rivers & Associates, P.A. 100 North Sixth Street, Suite 280B, Minneapolis, MN 55403 that on the 3rd day of May, She served Defendants Pro Se Motion ,via hand delivery, to the following persons at the addresses shown below:

Mr. Christian S. Wilton
Office of the U.S. Attorney
300 South Fourth Street
Minneapolis, MN 55415

Kelly Wilson

COUNTY OF HENNEPIN )
) ss.
STATE OF MINNESOTA )

Subscribed and sworn to
before me this 3rd day
of May, 2005.

Notary Public

BARBARA JEAN LENE
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2008

RECEIVED
05 MAY -3 PM 2:14
CLERK, U.S. DIST. COURT
MINNEAPOLIS

**RIVERS & ASSOCIATES, P.A.**
2808 BUTLER SQUARE BUILDING
100 NORTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55403

ATTORNEY:
BRUCE RIVERS

PARALEGAL:
KELLY WILSON

LAW OFFICES
TELEPHONE 612.339.3939
FACSIMILE 612.332.4003

May 3, 2005

United States District Court
Attn: Clerk of Court
300 South Fourth Street
Minneapolis, MN 55415

Re: ***United States v. David W. Tereault***
***Court File No.: 02-CR-150-(1)***

Dear Sir/Madam,

Please find enclosed for filing the original and two copies of Defendants Pro Se Motion.

Respectfully,

Bruce Rivers

BMR:kew