AFFIDAVIT OF David W. Tereault

CR 02-150 (1) JMR
CV 05-902 JMR

State of Minnesota)
County of Waseca )

Affiant, David W. Tereault, does hereby depose and state the following:

1. Prior to pleading guilty in case number 02-CR-150, my then attorney, Douglas Thomson, advised me that if I pled guilty to the charges described in Count 2 of the indictment that I was facing "one year or less" of imprisonment.

2. Had my attorney properly informed me that I was facing 5 years or more imprisonment I would not have plead guilty and would certainly have exercised my right to jury trial.

3. After reading the plea agreement for the first time, I voiced my concern to my attorney with regards to ¶¶ 3A, 6 and 12 which identified maximum prison exposure and possible guideline range. My attorney assured me that I need not worry about it because he would "fix it later." My attorney then instructed me to sign which I reluctantly complied.

4. Attorney Douglas Thomson, while attempting to persuade me not to demand a jury trial, advised me that if I were found guilty at a jury trial, the court, not the jury, would determine drug quantity by a "preponderance of the evidence standard."

I, David W. Tereault, does hereby attest, under penalties of perjury per 28 U.S.C. § 1746, that the foregoing is true, correct and accurate to the best of my knowledge, recollection and belief.

Signed and dated this 10th day of December, 2004.

David W. Tereault

Attachment 1