# AFFIDAVIT OF SERVICE BY HAND DELIVERY

CR02-150(1)JMR

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

Kelly Wilson, being first duly sworn upon oath, states that she is an employee of Rivers & Associates, P.A. 100 North Sixth Street, Suite 280B, Minneapolis, MN 55403 that on the 3rd day of May, She served Defendants Pro Se Motion ,via hand delivery, to the following persons at the addresses shown below:

Mr. Christian S. Wilton
Office of the U.S. Attorney
300 South Fourth Street
Minneapolis, MN 55415

Kelly Wilson
Kelly Wilson

COUNTY OF HENNEPIN )
) ss.
STATE OF MINNESOTA )

Subscribed and sworn to
before me this 3rd day
of May, 2005.
Barbara Jean Lene
Notary Public

BARBARA JEAN LENE
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2008

FILED May 3, 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK teah