UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-150(1) JMR
05-CV-902 JMR

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| vs | ) | ORDER |
| | ) | |
| David William Tereault | ) | |

The Court hereby directs the government to respond to petitioner's 2255 motion to vacate, set aside, or correct sentence by Monday, June 27, 2005.

IT IS SO ORDERED.

Dated: May 17, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge