RECEIVED BY U.S. MAIL
AUG -2 AM 9:02
CLK, U.S. DIST COURT MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 02-150 ~~ADM/AJB~~ JMR

UNITED STATES OF AMERICA,
Respondent,

vs.

DAVID TEREAULT,
Movant.

Civil Action No. ~~0:05-CV-00902~~

MOTION FOR JUDGMENT ON THE PLEADINGS

---

**COMES NOW PETITIONER,** David Tereault, pro se, and moves this Court to issue judgment on the pleadings, based on the following grounds.

This Court ordered the Respondent to reply to Petitioner's pleadings no later than June 27, 2005. Respondent has failed to oppose Petitioner's request.

WHEREFORE, Petitioner asks this Court to issue judgment on his pleadings, granting such relief as he has requested.

Dated: July 31, 2005

Respectfully submitted,

David Tereault

David Tereault

SCANNED
AUG 04 2005
U.S. DISTRICT COURT MPLS