# DOCUMENT REMOVED

# FILED UNDER SEAL