UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 02-150 (JMR)

UNITED STATES OF AMERICA,

Plaintiff

**CERTIFICATE OF REPRESENTATION**

v.

DAVID W. TEREAULT,

Defendant

Bruce Rivers
100 North Sixth Street, Suite 280B
Minneapolis, MN 55403
(612) 339-3939
Attorney I.D 282698

I hereby represent the above-named defendant.

RIVERS & ASSOCIATES, P.A.

Dated: November 23, 2005

*s/ Bruce M. Rivers*

Bruce Rivers, (#282698)
Attorney For Defendant
100 North Sixth Street, Suite 280B
Minneapolis, MN 55403
Telephone: (612) 339-3939