UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-150 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WILLIAM TEREAULT,<br><br>Defendant. | ) | **GOVERNMENT'S MOTION TO SEAL DOCUMENT** |

The United States of America, by and through its attorneys Rachel K. Paulose, United States Attorney for the District of Minnesota, and Assistant United States Attorney, Chris S. Wilton, hereby moves the Court for an Order sealing specific document in the above-referenced matter.

This Motion is based upon the records and proceedings in this matter.

Dated: April 2, 2007

Respectfully Submitted,

RACHEL K. PAULOSE
United States Attorney

s/ Chris S. Wilton

BY: CHRIS S. WILTON
Assistant U.S. Attorney
Attorney ID No. 252049