UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-150 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SEALING DOCUMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID WILLIAM TEREAULT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion To Seal Document. Based upon all the records and proceedings herein,

**IT IS HEREBY ORDERED**, that the Government's Motion for Sealing is granted.

Dated: April 4, 2007

s/James M. Rosenbaum
The Honorable James M. Rosenbaum
Chief U.S. District Court Judge