# U.S. District Court

[redacted]

15 E, 300 South 4th Street
Minneapolis, MN 55414
664-5053
Fax: 664-5054

April 12, 2007

COUNSEL OF RECORD

Re: Cr. #02-150 (1) USA v. David William Tereault

Dear Counsel:

Please be advised that hearing before Chief Judge James Rosenbaum has been scheduled for **May 14, 2007 at 3:00 p.m.**

Please call if you have any questions. Thank you.

Sincerely,

s/Heather Labat

Heather Labat, Calendar Clerk to
Chief Judge James M. Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Heather_Labat@mnd.uscourts.gov

cc: All Counsel of Record
Pretrial Services
Probation Office