UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 02-150 (JMR)

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID W. TEREAULT,

Defendant

**WAIVER OF APPEARANCE PURSUANT TO RULE 43 Subd. (b) 4**

Pursuant to Rule 43 Subd. (b) 4, of the Federal Rules of Criminal Procedure, the Defendant by and through his undersigned counsel, hereby moves this Honorable Court for a waiver of appearance from the hearing scheduled for May 14, 2006 at 3:00p.m..

This waiver is based upon all files and records in the case.

RIVERS & ASSOCIATES, P.A.

Dated: April 16, 2007

*s/ Bruce M. Rivers*

Bruce Rivers, (#282698)
Attorney For Defendant
100 North Sixth Street, Suite 280B
Minneapolis, MN 55403
Telephone: (612) 339-3939
Facsimile: (612) 332-4003