# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# RE-SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

David William Tereault (1),
Defendant.

## COURT MINUTES - CRIMINAL

Case No: 02-150 (1) JMR
Date: May 14, 2007
Court Reporter: Dawn Hansen
Time Commenced: 3:08 p.m.
Time Concluded: 3:12 p.m.
Time in Court: 4 Minutes

Before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Chris Wilton
For Defendant: Bruce Rivers : Retained

: **Re-sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 2 | X | | 84 months | | | | |

: Special conditions of :

**See J&C for special conditions**

: Defendant waives appearance.
: All other terms and conditions previously imposed shall remain in effect.
: Defendant withdraws his pro se motion to Vacate under 28 U.S.C. 2255, Civil Action 05-902(JMR)

s/Heather Labat
Calendar Clerk